UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Naseef Fernando Bryan

    v.                                         Case No. 26-cv-337-SM

NH Attorney General


ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated May 19, 2026, for the reasons set forth therein.

The clerk of court shall enter judgment and close the case.


**So Ordered.**

_____
Steven J. McAuliffe
United States District Judge

Date: June 17, 2026

cc:  Naseef Fernando Bryan, pro se